UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND COLEMAN, | ) | NO. CV 09-7685-JVS(CT) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING |
| | ) | MAGISTRATE JUDGE'S |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The court agrees with the conclusions of the magistrate judge.

IT IS ORDERED:

1.   The report and recommendation is accepted.

2.   Judgment shall be entered consistent with this order.

3.   The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: March 26, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE